# CASE ANNOUNCEMENTS

*February 1, 2008*

[Cite as *02/01/2008 Case Announcements*, 2008-Ohio-334.]

## MOTION AND PROCEDURAL RULINGS

**2007–0375. State v. Gardner.**
Montgomery App. No. 21357, 2007-Ohio-182. This cause is pending before the court as an appeal from the Court of Appeals for Montgomery County. Upon consideration of appellee's motion for stay of lower court proceedings and appellant's motion for stay of the court of appeals' judgment,
   It is ordered by the court that the motions are granted.

# CASE ANNOUNCEMENTS

*February 4, 2008*

[Cite as *02/04/2008 Case Announcements*, 2008-Ohio-335.]

## MOTION AND PROCEDURAL RULINGS

**2008–0212. Williams v. Lazaroff.**
Pickaway App. No. 07CA36. This cause was filed as a discretionary appeal. Upon consideration of appellant's jurisdictional memorandum, it is determined by the court that this cause originated in the court of appeals and should proceed as an appeal of right pursuant to S.Ct.Prac.R. II(1)(A)(1).
   It is ordered by the court that the Clerk shall issue an order for the transmission of the record from the Court of Appeals for Pickaway County, and the parties shall brief this case in accordance with S.Ct.Prac.R. VI.

## MISCELLANEOUS DISMISSALS

**2007–2071. State ex rel. Lloyd v. Indus. Comm.**
Franklin App. No. 07AP–79, 2007-Ohio-5020. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's application for dismissal,
   It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

**2007–2199. State ex rel. Archie v. State.**
Franklin App. No. 07AP–528, 2007-Ohio-5408. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. It appears from the records of this court that appellant has not filed a merit brief, due January 28, 2008, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,
   It is ordered by the court that this cause is dismissed sua sponte.

**2008–0015. State v. Lee.**
Cuyahoga App. No. 89087, 2007-Ohio-5952 and 2008-Ohio-143. This cause is pending before the court as a discretionary appeal. Upon consideration of appellant's application for dismissal,
   It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.